**DENY and Opinion Filed April 10, 2023**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00330-CV**

**IN RE JAMES JONES, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-18199**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Garcia

Before the Court are relator's April 10, 2023 petition for writ of mandamus and emergency motion for temporary relief. In his petition, relator seeks mandamus relief from the trial court's March 27, 2023 Order Denying his "Motion for Reconsideration of Denial of Agreed Motion for Continuance."

Entitlement to mandamus relief requires relator to demonstrate that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has failed to show the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny the emergency motion as moot.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230330F.P05